In the Matter of the Judicial Settlement of the Account of George Wood, as Committee of the Estate of Levi Melhado, an Incompetent Person, Respondent. Sara Melhado, as Executrix, etc., and as Residuary Legatee of Levi Melhado, Deceased, Appellant.— Decree and order in so far as appealed from modified by reducing the amount of the additional allowance to the committee from $1,000 to $250, and as thus modified affirmed, without costs. No opinion. Burr, Thomas, Carr and Woodward, JJ., concurred; Hirschberg, J., voted to affirm.

Harry C. Lohman, Respondent, v. Judson H. Paddock, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Aaron Lubash, Respondent, v. Charles A. Sigmond, Appellant.— Appeal dismissed by default, with ten dollars costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Aaron Lubash, Respondent, v. Charles A. Sigmond Realty Company, Appellant.— Appeal dismissed by default, with ten dollars costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Mary Lutkins, Respondent, v. Theodore L. Lutkins, Jr., Appellant.— Judgment modified by reducing the payment of alimony to the sum of $15 per week and by reducing the penal amount of the bond to $5,000, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Donato Rizzo, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. Isidore Switsky, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Andrew Savarese, Respondent, v. Mary Gordon, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

John J. Shanahan, Respondent, v. Charles L. Feltman, Appellant.— Appeal dismissed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

James A. Sheehan, Respondent, v. Edward L. Somerville, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.